IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00354-WYD-KLM

CHRIS BERNARD HUGHES,

    Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS, a Department of the State of Colorado;
ARI ZAVARAS, in his official capacity as the Executive Director of the Colorado Department of Corrections;
STEVE CRIGLER, in his official capacity as a Colorado Department of Corrections Community Parole Officer;
CITY AND COUNTY OF DENVER, a municipal corporation;
THOMAS MOORE, in his official capacity as Director of Denver's Division of Community Corrections;
RRK ENTERPRISES, INC., d/b/a INDEPENDENCE HOUSE, INC., a Colorado corporation: and
JANEENE MILLER,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on **CDOC Defendants' Motion to Depose Plaintiff** [Docket No. 26; filed October 25, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defendants Colorado Department of Corrections, Ari Zavaras, Janeene Miller and Steve Crigler ("CDOC Defendants") are permitted to take the deposition of Plaintiff Cris Bernard Hughes at the Bent County Correctional Facility pursuant to Fed. R. Civ. P. 30(a)(2), on a date and time mutually convenient for the parties and counsel.

    Dated:  October 31, 2007