IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00354-WYD-KLM

CHRIS BERNARD HUGHES,

    Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS, a Department of the State of Colorado;
ARI ZAVARAS, in his official capacity as the Executive Director of the Colorado Department of Corrections;
STEVE CRIGLER, in his official capacity as a Colorado Department of Corrections Community Parole Officer;
CITY AND COUNTY OF DENVER, a municipal corporation;
THOMAS MOORE, in his official capacity as Director of Denver's Division of Community Corrections;
RRK ENTERPRISES, INC., d/b/a INDEPENDENCE HOUSE, INC., a Colorado corporation:
and
JANEENE MILLER,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to File the Attached Corrected Second Amended Complaint and Certificate of Compliance with Local Rule D.C.Colo.LCivR 7.1(A)** [Docket No. 33; filed January 30, 2007] (the "Motion").

    The Court considers the Motion as a motion for leave to amend the complaint pursuant to Fed. R.Civ. P. 15(a)(2) and to file the attached Second Amended Complaint [Docket No. 33-2].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART.** The *first* Second Amended Complaint, dated January 17, 2008 [Docket No. 30-2] is deemed **withdrawn**. Defendants shall respond to the Motion for leave to amend and to file the *second* Second Amended Complaint, dated January 30, 2008 [Docket No. 33-2] on or before **February 15,**

**2008.**
Dated: January 30, 2008