IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00354-WYD-KLM

CHRIS BERNARD HUGHES,

      Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS, a Department of the State of Colorado;
ARI ZAVARAS, in his official capacity as the Executive Director of the Colorado
Department of Corrections;
STEVE CRIGLER, in his official capacity as a Colorado Department of Corrections
Community Parole Officer;
CITY AND COUNTY OF DENVER, a municipal corporation;
THOMAS MOORE, in his official capacity as Director of Denver's Division of Community
Corrections;
RRK ENTERPRISES, INC., d/b/a INDEPENDENCE HOUSE, INC., a Colorado corporation:
and
JANEENE MILLER,

      Defendant(s).
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

      This matter is before the Court on Plaintiff's **Motion to File the Attached Corrected
Second Amended Complaint and Certificate of Compliance with Local Rule
D.C.Colo.LCivR 7.1(A)** [Docket No. 33; filed January 30, 2008] (the "Motion").  The Court
has reviewed the Motion, Defendants' Responses [Docket No. 39; filed February 15, 2008]
and [Docket No 39; filed February 15, 2008]; the entire case file, and the applicable law
and is sufficiently advised in the premises.  Accordingly, IT IS HEREBY ORDERED that

1

the Motion is **GRANTED**.

Plaintiff requests leave to file a corrected Second Amended Complaint [Docket No. 33-2]. Fed.R.Civ.P. 15(a) provides for liberal amendment of pleadings. Leave to amend is discretionary with the court. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Viernow v. Euripides Devel. Corp.*, 157 F.3d 785, 799 (10th Cir. 1998). Amendment under the rule has been freely granted. *Castleglenn, Inc. v. Resolution Trust Company*, 984 F.2d 1571 (10th Cir. 1993) (internal citations omitted). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993). As Defendants have indicated that they do not oppose Plaintiff's filing of a corrected Second Amended Complaint, and as there is no indication of undue delay, prejudice, bad faith or dilatory motive, the Court is inclined to accept Plaintiff's corrected Second Amended Complaint [Docket No. 33-2] for filing.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff's corrected Second Amended Complaint [Docket No. 33-2] is **ACCEPTED** for filing as of the date of this Order.

BY THE COURT:
__s/ Kristen L. Mix_____
United States Magistrate Judge

Dated: February 22, 2008