IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00354-WYD-KLM

CHRIS BERNARD HUGHES, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

## ORDER

THIS MATTER is before the Court on CDOC Defendants' Motion to Dismiss First Amended Complaint, filed April 19, 2007 (docket #10). In light of Plaintiff filing a Second Amended Complaint, it is hereby

ORDERED that the CDOC Defendants' Motion to Dismiss First Amended Complaint (docket #10) is **DENIED AS MOOT**. Defendants Ari Zavaras, Steve Crigler, and Jeaneene Miller are no longer named defendants in the above captioned matter.

    Dated: March 10, 2008

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge