IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00354-WYD-KLM

CHRIS BERNARD HUGHES,

        Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS, a Department of the State of Colorado;
ARI ZAVARAS, in his official capacity as the Executive Director of the Colorado
Department of Corrections;
STEVE CRIGLER, in his official capacity as a Colorado Department of Corrections
Community Parole Officer;
CITY AND COUNTY OF DENVER, a municipal corporation;
THOMAS MOORE, in his official capacity as Director of Denver's Division of Community
Corrections;
RRK ENTERPRISES, INC., d/b/a INDEPENDENCE HOUSE, INC., a Colorado corporation;
and
JANEENE MILLER,

        Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

        This matter is before the Court on the parties' **Stipulated Motion to Modify the
Parties' Scheduling Order Deadlines** [Docket No. 58; filed April 8, 2008] (the "Motion").

        IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.   Accordingly, the
Scheduling Order is modified as follows:

        The deadline to disclose expert witnesses shall be **September 2, 2008**.

        The deadline to disclose rebuttal witnesses shall be **October 2, 2008**.

        The discovery deadline shall be **November 2, 2008**.

The dispositive motion deadline shall be **January 2, 2009**.

IT IS FURTHER **ORDERED** that the Final Pretrial Conference currently set for November 6, 2008 is **VACATED** and **RESET** for **March 10, 2009 at 10:30 a.m.** in Courtroom A 501, 5th floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated:  April 11, 2008