IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00354-WYD-KLM

CHRIS BERNARD HUGHES,

    Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS, a Department of the State of Colorado;
COLORADO PAROLE BOARD, a Department of the State of Colorado;
RRK ENTERPRISES, INC., d/b/a INDEPENDENCE HOUSE, INC., a Colorado corporation;

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Modify the Scheduling Order Deadlines and Certificate of Compliance With Local Rule D.C.Colo.LCivR 7.1(A)** [Docket No. 70; Filed September 2, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**. Accordingly, the Scheduling Order is modified as follows:

    The deadline for Plaintiff's expert disclosures is **February 9, 2009**.

    The deadline for Defendants' rebuttal expert disclosures is **March 9, 2009**.

    The discovery deadline is **May 8, 2009**.

    The dispositive motion deadline is **July 10, 2009**.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference currently set for November 6, 2008 is **RESET** for **August 10, 2009** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties shall submit their proposed pretrial order on or before **August 3, 2009**.

To the extent the Motion requests that the hearing on Plaintiff's Motion for Class Certification [Docket No. 37; Filed January 31, 2008] be set for December 8, 2008 at 9:30 a.m., the Motion is **DENIED**. Plaintiff's Motion for Class Certification has not been referred to this Court, and this Court has no access to District Judge Daniel's calendar. By Order dated September 3, 2008, Judge Daniel set the hearing for December 8, 2008 at 9:00 a.m. [Docket No. 72].

Dated: September 8, 2008