IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00354-WYD-KLM

CHRIS BERNARD HUGHES,

　　Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS, a Department of the State of Colorado;
COLORADO PAROLE BOARD, a Department of the State of Colorado; and
RRK ENTERPRISES, INC., d/b/a INDEPENDENCE HOUSE, INC., a Colorado corporation,

　　Defendants.
_____

**ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　This matter is before the Court on the Court's Order to Show Cause [Docket No. 76; Filed September 16, 2008] (the "Order").

　　In the Order, the Court granted Defendants Colorado Department of Corrections and Colorado Parole Board's (collectively the "State Defendants") Motion to Compel Discovery [Docket No. 67; Filed August 7, 2008 ], and ordered Plaintiff to respond to the State Defendants' First Set of Requests for Production of Documents ("Requests for Production"). *See Order* [#76] at 5. The Court found that Plaintiff had failed to respond to the Requests for Production as required by the Federal Rules of Civil Procedure, failed to object to the Requests for Production and failed to request an extension of time to respond. *Id.* at 4. The Court also noted that Plaintiff did not file a response to Defendants' Motion

1

to Compel Discovery. *Id.* Therefore, finding that the discovery was relevant to the case, the Court granted Defendants' Motion to Compel Discovery. The Court also found that "[b]ased upon Plaintiff's failure to provide the requested discovery within the relevant deadlines, and Plaintiff's complete failure to respond to the Motion to Compel, . . . an award of reasonable expenses may be justified." *Order* [#76] at 5. Noting that Fed. R. Civ. P. 37(a)(5)(A) requires that parties be provided an "opportunity to be heard," prior to awarding fees and expenses pursuant to Rule 37(a)(5), the Court directed Plaintiff to show cause, within twenty days of the date of the Order, why he should not be required to pay the reasonable attorney fees and expenses Defendants incurred in filing the Motion to Compel Discovery. The Court's Order was dated September 16, 2008, providing Plaintiff until October 6, 2008 to respond to the Order to Show Cause. As of the date of this Order, Plaintiff has not responded to the Order to Show Cause.

Accordingly, IT IS HEREBY **ORDERED** that the Order to Show Cause is **MADE ABSOLUTE**.

IT IS FURTHER **ORDERED** that Plaintiff is to pay the State Defendants' reasonable expenses, including attorneys fees, incurred in filing the Motion to Compel Discovery [Docket No. 67; Filed August 7, 2008] pursuant to Fed. R. Civ. P. 37(a)(5)(A).

IT IS FURTHER **ORDERED** that the State Defendants shall submit an attorney fees affidavit within **ten (10) days** of the date of this Order.

BY THE COURT:

__s/ Kristen L. Mix_____

United States Magistrate Judge

Dated: October 15, 2008