IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00354-PAB-KLM

CHRIS BERNARD HUGHES, on behalf of himself and all others similarly situated,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, a Department of the State of Colorado, and
RRK ENTERPRISES, INC., d/b/a INDEPENDENCE HOUSE, INC., a Colorado Corporation,

      Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

      This matter comes before the Court on plaintiff's Motion for Order Allowing Him to Appear at the Motion Hearing Scheduled for February 20, 2009 [Docket No. 99]. The Court has reviewed the motion and the response submitted by defendant Colorado Department of Corrections [Docket No. 110] and is fully advised in the premises. It is

      **ORDERED** that plaintiff's motion [Docket No. 99] is DENIED. It is further

      **ORDERED** that plaintiff shall make arrangements to appear by telephone at the hearing on plaintiff's motion for class certification set for 1:00 p.m. on February 20, 2009. Defendant Colorado Department of Corrections shall promptly notify the Court in the event that plaintiff is no longer in its custody. It is further

      **ORDERED** that plaintiff's Motion for Permission to Appear Via Telephone at the Motion Hearing Scheduled for December 8, 2008 [Docket No. 86] is DENIED as moot.

      DATED February 17, 2009.