IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-00354-PAB-KLM

CHRIS BERNARD HUGHES, on behalf of himself and all others similarly situated,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, a Department of the State of
Colorado, and
RRK ENTERPRISES, INC., d/b/a INDEPENDENCE HOUSE, INC., a Colorado
Corporation,

      Defendants.

---

**ORDER**

---

      This matter comes before the Court on plaintiff's Motion for Leave to Withdraw

Motion for Class Certification [Docket No. 113].  Plaintiff seeks to withdraw his Motion

for Class Certification [Docket No. 37].  Neither of the defendants remaining in this

action oppose.  Therefore, it is

      **ORDERED** that plaintiff's motion to withdraw his motion for class certification

[Docket No. 113] is GRANTED.  It is further

      **ORDERED** that plaintiff's motion for class certification [Docket No. 37] is

DENIED as withdrawn.  It is further

**ORDERED** that the hearing on plaintiff's motion for class certification set for 1:00

p.m. on Friday, February 20, 2009 is VACATED.

DATED February 18, 2009.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge