IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00354-PAB-KLM

CHRIS BERNARD HUGHES,

    Plaintiff(s),

v.

COLORADO DEPARTMENT OF CORRECTIONS, a Department of the State of Colorado;
COLORADO PAROLE BOARD, a Department of the State of Colorado; and
RRK ENTERPRISES, INC., d/b/a INDEPENDENCE HOUSE, INC., a Colorado corporation,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate Pre-Trial Conference and Certification of Compliance with D.C.COLO. LCivR. 7.1(A)** [Docket No. 132; Filed August 3, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Final Pretrial Conference set for August 10, 2009 at 10:00 a.m. is **vacated** and will be reset, if necessary, after the Court resolves Defendants' pending motions to dismiss.


Dated:  August 5, 2009